MUNICIPAL TEL. CO., Appellant, v. Mc-CREARY, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by the Municipal Telegraph Company against Edward McCreary. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

MURPHY, Respondent, v. CUFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by John Murphy against Edward Cuff. No opinion. Judgment and order affirmed, with costs.

McLENNAN and WILLIAMS, JJ., dissenting.

MURPHY, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by William A. Murphy against Henry H. Jackson. No opinion. Judgment of the county court of Dutchess county affirmed, with costs.

MUZZY, Respondent, v. GULICK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by John B. Muzzy, as receiver, etc., against Ernestus Gulick and another. No opinion. Judgment affirmed, with costs.

McLENNAN and HISCOCK, JJ., dissenting on the ground that the testimony of George Copley in supplementary proceedings was improperly received in evidence.

NAGLE, Appellant, v. VOORHIS et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1902.) In the matter of Percival E. Nagle against John R. Voorhis and others. L. S. Lokowitz, for appellant. J. J. Green, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

NASH. Respondent, v. NEW JERSEY STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by John H. Nash against the New Jersey Steamboat Company. W. P. Prentice, for appellant. J. V. Bouvier, for respondent.

PER CURIAM. Upon plaintiff stipulating to reduce judgment as, entered to the sum of $3.325.14, judgment as so reduced, affirmed, without costs to either party. In case such stipulation be not given, judgment reversed, and new trial ordered; costs to appellant to abide event.

In re NASH'S WILL. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) In the matter of the probate of the last will and testament of Harriet C. Nash, deceased. No opinion. Motion denied upon opinion in Cooper v. Cooper (decided herewith) 78 N. Y. Supp. 397. See 78 N. Y. Supp. 449.

NEUHAUS, Respondent, v. NEUHAUS, Appellant. (Supreme Court, Appellate Division, First Department. December 5, 1902.) Action by Agnes Neuhaus against George E. Neu-

haus. M. H. Grossman, for appellant. A. W. Otis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEVIN, Respondent, v. COLEMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1902.) Action by James T. Nevin against Daniel Coleman. A. L. Smidt, for appellant. N. Smith, for respondent. No opinion. Judgment affirmed, with costs.

NEWBURGH SAV. BANK, Respondent, v. TOWN OF WOODBURY et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by the Newburgh Savings Bank against the town of Woodbury and others. No opinion. Motion denied.

NEWMAN et al., Appellants, v. DOYLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) Action by Henry L. Newman and another against James Doyle and others. No opinion. Judgment affirmed, with costs.

In re NEW ROCHELLE TRUST CO. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) In the matter of the application of the New Rochelle Trust Company for designation as a deposit bank for court funds. No opinion. Motion granted, and matter referred to Raymond V. Ingersoll, Esq.

NEWSON, Appellant, v. FULKERSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by William Newson against Elias Fulkerson and others. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK CEMENT CO., Respondent, v. CONSOLIDATED ROSENDALE CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 12, 1902.) Action by the New York Cement Company against the Consolidated Rosendale Cement Company. No opinion. Motion denied.

NEW YORK STATE CONVENTION OF UNIVERSALISTS, Respondent, v. FIRST UNIVERSALIST CHURCH OF GLENS FALLS et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by the New York State Convention of Universalists against the First Universalist Church of Glens Falls and others. No opinion. Order affirmed, with $10 costs and disbursements.

NICHOLS, Respondent, v. PHŒNIX INS. CO. OF HARTFORD, CONN., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Helen- Mae Nichols against the Phœnix Insurance Company of Hartford, Conn. No opinion. Judgment and order affirmed, with costs.